**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1857**

AILA TUULIKKI LORING, Personal representative of the estate of Seldon Loring, deceased; LEILA LORING, on behalf of her deceased father Seldon Loring; JAANA LORING MELIA, on behalf of her deceased father Seldon Loring,

Plaintiffs - Appellees,

v.

SOUTHERN AIR CHARTER COMPANY, LTD., Springdale, Maryland; SOUTHERN AIR CHARTER COMPANY, LIMITED, Nassau, Bahamas; ALPHA GIBBS,

Defendants - Appellants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:16-cv-03844-PX)

Submitted: September 18, 2018                     Decided: September 20, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Bruce Allen Johnson, Jr., Bowie, Maryland, for Appellants. Bruce Plaxen, PLAXEN & ADLER, PA, Columbia, Maryland; Joseph Peter Musacchio, KREINDLER &

KREINDLER, Boston, Massachusetts, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants seek to appeal the district court's order denying their motion to dismiss on the grounds of forum non conveniens. Appellees have filed a motion to dismiss this appeal as interlocutory. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order the Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Van Cauwenberghe v. Biard*, 486 U.S. 517, 527-30 (1988). Accordingly, we grant the motion to dismiss and dismiss the appeal for lack of jurisdiction. We further deny the motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*